IN THE UNITED STATES BANKRUPTCY COURT
For the  DISTRICT of SOUTH DAKOTA
SIOUX FALLS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter:  7 |
| Teshome F. Bekuto | ) | |
| | ) | REQUEST FOR SPECIAL NOTICE |
| | ) | Case Number: 10-40708-CLN |
| Debtor(s) | ) | [No Hearing Required] |

TO THE CLERK:

   The undersigned attorneys for:

     HSBC BANK NEVADA, N.A.

     BEST BUY CO., INC.

a creditor of the above referenced debtor.

   Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

   REQUEST IS HEREBY MADE that HSBC BANK NEVADA, N.A. be given and served with all notices given or required to be given in the case as follows:

     HSBC BANK NEVADA, N.A.
     Bass & Associates, P.C.
     3936 E. Ft. Lowell Road, Suite #200
     Tucson, AZ 85712

    Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 09/15/10
Account Number: ************3951

       Respectfully submitted,
       Bass & Associates, P.C.

       By: /s/ Patti H. Bass  (AZ 016849)
       Attorneys for Creditor
       HSBC BANK NEVADA, N.A.
       3936 E Ft Lowell Rd Suite 200
       Tucson, AZ  85712-1083
       (520) 577-1544
       ecf@bass-associates.com